

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Frederick L. Brown, Appellant

No. 06-19-00082-CR    v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 47,806-A). Memorandum Opinion on Remand delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED SEPTEMBER 2, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk